IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CARL JOHNSON and
JUSTIN JOHNSON                                                                                          PLAINTIFF

vs.                                        Case No. 4:11-cv-4033

CITY OF NASHVILLE,
A MUNICIPAL CORPORATION, *et al*                                                        DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed April 17, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 49). Judge Bryant recommends that Separate Defendant Thomas Boozer's Motion to Dismiss (ECF No. 23) be granted. Specifically, Judge Bryant notes that subsequent to the filing of Boozer's Motion to Dismiss, Plaintiffs filed an amended complaint in which Boozer was not named as a defendant. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Separate Defendant Thomas Boozer's Motion to Dismiss (ECF No. 23) is **GRANTED**.

**IT IS SO ORDERED**, this 7th day of May, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge