IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CARL JOHNSON and
JUSTIN JOHNSON                                                                    PLAINTIFF

vs.                                       Case No. 4:11-cv-4033

CITY OF NASHVILLE,
A MUNICIPAL CORPORATION, *et al*                                        DEFENDANTS

## ORDER

Before the Court is an Motion to Withdraw filed on behalf of Plaintiffs. (ECF No. 59). Plaintiffs' attorney, Morgan E. Welch, seeks to withdraw himself as attorney of record for Plaintiffs. Mr. Welch states that Plaintiffs will continue to be represented in this action by the remaining attorney of record, Bryce Brewer.

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Morgan E. Welch, is hereby relieved as attorney of record for Plaintiffs. The Clerk is directed to remove Mr. Welch from the CM/ECF notification system for this case.

**IT IS SO ORDERED**, this 2nd day of January, 2013.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge