IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


CARL JOHNSON, *et al.*                                                            PLAINTIFFS


VS.                                          CASE NO. 11-CV-4033


CITY OF NASHVILLE, A MUNICIPAL
CORPORATION, *et al.*                                                           DEFENDANTS


## ORDER

Before the Court is Plaintiffs' Motion to Voluntarily Dismiss Without Prejudice.  ECF No.

72.  Plaintiffs move the Court to dismiss this cause of action.  Defendants do not oppose Plaintiffs'

motion.  ECF NO. 73.  Upon consideration, the Court finds that the motion should be and hereby is

**GRANTED**.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), Plaintiffs' claims against

Defendants are **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 2nd day of April, 2014.


/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge